IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KARLIE WISER,<br>Individually And On Behalf Of<br>All Others,<br><br>      Plaintiff,<br><br>vs.<br><br>GROUND EFFECTS LLC<br>(DELAWARE),<br><br>      Defendant. | Case No. 5:23-cv-6049-SJ-BP |

## DEFENDANT GROUND EFFECTS LLC

Defendant Ground Effects LLC submits the following as its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1:

Ground Effects LLC is not publicly held, has no parent publicly held, and there is no publicly held corporation owning more than 10% of its stock.

Dated: May 9, 2023

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar #52660
Ariel L. Gutovitz, MO Bar #74425
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Ariel.Gutovitz@jacksonlewis.cm

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Kyle B. Russell*
**AN ATTORNEY FOR DEFENDANT**

4889-8264-8419, v. 1