THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KARLIE WISER,<br>Individually And On Behalf Of<br>All Others,<br><br>      Plaintiff,<br><br>vs.<br><br>GROUND EFFECTS LLC<br>(DELAWARE),<br><br>      Defendant. | Case No. 5:23-cv-6049-SJ-BP |

## NOTICE OF SETTLEMENT

Plaintiff Karlie Wiser ("Plaintiff"), individually and on behalf of all others, and Defendant Ground Effects LLC ("Defendant"), by and through their undersigned counsel, hereby notify the Court as follows:

1. The parties have agreed to a settlement of all claims asserted in this litigation and have executed a binding settlement agreement. The parties' settlement will result in the resolution of all claims and the dismissal of this lawsuit. The parties anticipate that the appropriate dismissal documents will be filed with the Court within the next thirty (30) days.

2. Pursuant to the Court's Order [Doc. 10], Defendant is required to answer or otherwise respond to Plaintiff's Petition by June 15, 2023. The Parties respectfully request that the foregoing deadline be stayed, without prejudice, to allow sufficient time to finalize the settlement agreement.

3. The parties further request that they be provided thirty (30) days, until July 15, 2023, in which to finalize the settlement process. Upon completion of all conditions precedent as

delineated in the Parties settlement agreement, Plaintiff will file a notice of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

| JACKSON LEWIS P.C. | BROWN & WATKINS LLC |
|---|---|
| */s/ Kyle B. Russell* | */s/ Charles Jason Brown* |
| Kyle B. Russell, MO Bar #52660 | Charles Jason Brown, MO Bar #49952 |
| Ariel L. Gutovitz, MO Bar #74425 | Jayson A. Watkins, MO Bar #61434 |
| 7101 College Blvd, Suite 1200 | 301 S. US 169 Hwy |
| Overland Park, KS 66210 | Gower, MO 64454 |
| Telephone: (913) 981-1018 | Telephone: (816) 505-4529 |
| Facsimile: (913) 981-1019 | Facsimile: (816) 424-1337 |
| Kyle.Russell@jacksonlewis.com | |
| Ariel.Gutovitz@jacksonlewis.com | |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

4891-5392-2922, v. 1