IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KARLIE WISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 5:23-cv-6049 |
| | ) |
| GROUND EFFECTS LLC, | ) |
| (DELAWARE), | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses all claims in this action with prejudice. Each party to bear their own costs and attorneys' fees.

Respectfully submitted,

By: */s/ C. Jason Brown*
Charles Jason Brown MO #49952
Jayson A. Watkins MO #61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was sent on July 18, 2023, via ECF to all Counsel of Record.

/s/ *C. Jason Brown*
Attorney for Plaintiff