UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KARLIE WISER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No. 5:23-cv-06049-BP |
| GROUND EFFECTS LLC, (DELAWARE) | ) ) ) |
| Defendant. | ) ) |

**CLERK'S ORDER OF DISMISSAL**

On the 18th day of July 2023, the Plaintiff herein having filed a Notice of Voluntary Dismissal With Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Ground Effects LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
 **/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: July 24, 2023